%JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Boston   **Category No.** II   **Investigating Agency** ATF
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Randy DIAZ-PIZARRO   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: _____
Address: 160 Chestnut Street, Apt 1, Central Falls, RI
Birth date (Yr only): 1992   SSN (last 4#): 2456   Sex: Male   Race: Black   Nationality: _____

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Sarah B. Hoefle   Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____
**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No
**Matter to be SEALED:** ☑ Yes  ☐ No
☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**
Arrest Date: January 7, 2023

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Suffolk County, South Bay   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/7/2024   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Randy DIAZ-PIZARRO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | PWID Cocaine | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[blank text box]

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013